# Exhibit A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## TXu 2-507-802

**Effective Date of Registration:**
September 09, 2025
**Registration Decision Date:**
September 10, 2025

## Title

**Title of Work:**   AML Software Code

## Completion/Publication

**Year of Completion:**   2020

## Author

- **Author:**   SilverLogic LLC
  **Author Created:**   computer program
  **Work made for hire:**   Yes
  **Citizen of:**   United States

## Copyright Claimant

**Copyright Claimant:**   AML Software, Inc.
1N141 County Farm Road, Suite 230, Winfield, IL, 60190, United States
**Transfer statement:**   By written agreement

## Rights and Permissions

**Organization Name:**   AML Software, Inc.
**Address:**   1N141 County Farm Road
Suite 230
Winfield, IL 60190 United States

## Certification

**Name:**   James David Johnson
**Date:**   September 09, 2025
**Applicant's Tracking Number:**   10716-0004

**Correspondence:**   Yes