# Exhibit 1

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## TXu 2-507-802

**Effective Date of Registration:**
September 09, 2025
**Registration Decision Date:**
September 10, 2025

## Title

| | |
|---|---|
| **Title of Work:** | AML Software Code |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2020 |

## Author

| | |
|---|---|
| • **Author:** | SilverLogic LLC |
| **Author Created:** | computer program |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | AML Software, Inc. |
| | 1N141 County Farm Road, Suite 230, Winfield, IL, 60190, United States |
| **Transfer statement:** | By written agreement |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | AML Software, Inc. |
| **Address:** | 1N141 County Farm Road |
| | Suite 230 |
| | Winfield, IL 60190 United States |

## Certification

| | |
|---|---|
| **Name:** | James David Johnson |
| **Date:** | September 09, 2025 |
| **Applicant's Tracking Number:** | 10716-0004 |

**Correspondence:**   Yes