# Exhibit 6

[6/14/24, 2:29:15 PM] Diablo: That was great news today.
[6/14/24, 2:31:51 PM] Diablo: Alice also says thanks too !
[6/14/24, 2:32:28 PM] Ryan: Yep! Just the start hopefully
[6/14/24, 2:32:47 PM] Diablo: God willing. Let Jordan keep going. fuck it
[6/14/24, 2:37:58 PM] Diablo: can you make this auto pay like urs
[6/14/24, 2:38:04 PM] Diablo: so daily i get it similar to u
[6/14/24, 2:38:06 PM] Diablo: thanks
[6/14/24, 2:40:38 PM] Ryan: Their accounting team watches the auto ones. I'm going to do it manually so I don't have to explain why there are two addresses instead of one. Probably not every day but like once a week maybe
[6/14/24, 2:41:00 PM] Ryan: So it goes to one address for me then I split it 50 to you and 50 to a new address for me
[6/14/24, 2:41:29 PM] Diablo: I see.. OK thats fine. I thought you would control the coins from the software
[6/14/24, 2:41:43 PM] Ryan: I do, but they look at the transactions
[6/14/24, 2:41:56 PM] Diablo: got it.
[6/14/24, 2:42:12 PM] Diablo: Would love to get 5 more of these deals
[6/14/24, 2:42:54 PM] Diablo: Even if they dont buy it and just pay is good
[6/14/24, 2:42:59 PM] Diablo: thats 75k a month
[6/14/24, 2:43:20 PM] Ryan: Yup that's the goal
[6/14/24, 2:43:44 PM] Diablo: I needed this Thanks
[6/14/24, 2:44:02 PM] Diablo: i am sufre you did too
[6/14/24, 2:44:14 PM] Diablo: after putting in 15 months and not getting any money
[6/14/24, 2:50:06 PM] Ryan: Yup hard work starting to pay off