# Exhibit 7

Docusign Envelope ID: F0CE218E-9B8D-4355-B29A-260D558A56E8

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Civil Action No.: 1:25-cv-24378-RAR**

AML SOFTWARE, INC.,

      Plaintiff,

vs.

ATHENA BITCOIN, INC., d/b/a ATHENA
BITCOIN GLOBAL, TAPROOT ACQUISITION
ENTERPRISES, LLC, PSBC, LLC, and JORDAN
MIRCH,

      Defendants.

_____/

## <u>VERIFICATION OF RYAN PINEO</u>

I, Ryan Pineo, do swear under oath, under penalties of perjury, and state as follows:

1. I am over the age of 18 years. This affidavit is based upon my personal knowledge and my review of the business records of Plaintiff AML Software, Inc. (**"AML"**). If called to testify I could and would testify as set forth herein.

2. I am a computer code developer. Since 2023, I have also served as the President, Secretary, and sole Director of AML Software, Inc. (**"AML"**), the Plaintiff to the above-captioned action (the **"Lawsuit"**). A true and correct copy of the most recent annual report for AML, filed October 13, 2023, is attached hereto as **Exhibit 1**.

3. In or around May 2024, AML agreed to sell the software that it used in its Bitcoin ATMs (the **"AML Source Code"**) to Defendant PSBC, LLC (**"PSBC"**) (the transaction, referred to as the **"Sale"**). The purpose of the Sale was for PSBC to use the AML Source Code to develop new software (the **"PSBC Source Code"**) for use in the Bitcoin ATMs operated by Defendant Athena Bitcoin, Inc. d/b/a Athena Bitcoin Global (**"Athena"**). In connection with the Sale, my

PFS:009868.0014.3731410.1

Docusign Envelope ID: F0CE218E-9B8D-4355-B29A-260D558A56E8

company, Bitom Labs Inc. (**"Bitom"**) entered into a Consulting Agreement with PSBC for the purpose of developing the new software.

4.      The total purchase price of the Sale was $2,000,000.00 (the **"Payment Amount"**) paid in installments, with $1,000,000.00 paid to AML and $1,000,000 paid to Bitom.

5.      Pursuant to the Consulting Agreement, PSBC was granted a nonexclusive, perpetual, irrevocable, royalty-free, fully paid-up, worldwide right and license to make, have made, modify, use, distribute, sell, sublicense, and otherwise exploit the AML Source Code that may be included or embedded in the PSBC Source Code.

6.      AML consented to the Sale through Sonny Meraban (**"Meraban"**).  Meraban is the Trustee of the FAB Fortunes Family Protection Trust, which is the sole shareholder in AML.

7.      True and correct copies of my WhatsApp communications with Meraban discussing the Sale are attached hereto as **Exhibit 2**.  Throughout these messages, Meraban and I discuss that the AML Source Code was sold to PSBC for use by Athena.  We also explicitly discuss the fact that the transaction was for the sale of the AML Source Code – not simply a rental.

8.      In connection with the Sale, I collect the installments of the Payment Amount and pay AML's share to Meraban.  AML's receipt of these amounts is reflected in **Ex. 2**.

9.      As of today, AML has received $892,000.00 for selling the AML Source Code to PSBC.

10.     Athena and PSBC did not wrongfully acquire AML's Source Code, as alleged in the Lawsuit.  Instead, the AML Source Code was used to create new source code, the PSBC Source Code, pursuant to the terms of the Sale (for which AML will receive a total of $1,000,000.00).

11.     On September 23, 2025, this Lawsuit was filed on behalf of AML.

PFS:009868.0014.3731410.1

12.     As President of AML, I am vested with the general and active management of the business of the corporation, subject to the right of directors to delegate any specific powers; I am also the sole DirectOR.  A true and correct copy of the By-Laws of AML are attached hereto as **Exhibit 3**.

13.     Under the By-Laws of AML, no one other than me – including Meraban – has authority to direct the filing of a Lawsuit on behalf of AML.

14.     However, I did not authorize this Lawsuit and this Lawsuit was filed without my knowledge or consent.

Under penalties of perjury, I declare that I have read the foregoing Affidavit of Ryan Pineo and that the facts stated in it are true.

FURTHER AFFIANT SAYETH NOT

DocuSigned by:

*Ryan Pineo*
B3767A027D8944C...
Ryan Pineo

Dated: 9/30/2025

PFS:009868.0014.3731410.1