# Exhibit 10

**2:46**

< 1  Sonny Meraban

**Oct 28, 2024**

got coins TY  10:12 AM

yw  10:12 AM

we're a bit past 1/4 through that deal now just so you know  10:12 AM

what happens after its completed  10:13 AM

and they didnt buy it  10:13 AM

they ride off into the sunset. or whatever they want really  10:13 AM

the 2M is them buying it  10:13 AM

wait im confused... how much have they paid so far?  10:13 AM

540 or so  10:14 AM

wow so ur saying I got 250k ?  10:14 AM

yup  10:14 AM

so after 2M is paid ur saying they own the software ?  10:14 AM

**2:46**

< 1   Sonny Meraban

**Oct 28, 2024**

yup  10:14 AM ✓✓

so after 2M is paid ur saying they own the software ?  10:14 AM

they do indeed  10:14 AM ✓✓

i thought you said they are renting it until they come up with 2M lump sum  10:15 AM

and then they own it and meantime they are renting it  10:15 AM

no they don't have to come up with any lump sum, and i don't expect them to. 2M over whatever time period is the price  10:16 AM ✓✓

i could of sworn i thought that was the deal  10:16 AM

not sure, the only lump sum we talked about was they might want to just pay it off to be done with it, but regardless it's the same thing. definitely never had any rental aspec to it  10:17 AM ✓✓

ah they got a great deal for sure

