# Exhibit 5



South Florida Office
500 W. Cypress Creek Road, Suite 430
Fort Lauderdale, FL 33309
Direct: (954) 790-6699
Fax: (954) 206-0017

Charlotte Office
525 N. Tryon Street, Suite 1600
Charlotte, NC 28202
Direct: (704) 899-5785

Joshua D. Martin, Esquire
E-mail: josh.martin@johnsonmartinlaw.com
*Licensed to Practice in Florida and North Carolina

December 26, 2025

**<u>VIA E-MAIL</u>**

Jordan A. Finfer
Elizabeth L. Archerd
Patzik, Frank & Samotny Ltd.
200 South Wacker Drive, Suite 2700
Chicago, Illinois 60606
jfinfer@pfs-law.com
earcherd@pfs-law.com

Steven M. Appelbaum
Saul Ewing LLP
701 Brickell Avenue, 17th Floor
Miami, FL 33131-2395
steven.appelbaum@saul.com

Ury Fischer
Noah H. Rashkind
Ariel Weltz
Lott & Fischer, PL
255 Aragon Avenue, 3rd Floor
Coral Gables, FL 33134
ufischer@lottfischer.com
nrashkind@lottfischer.com
aweltz@lottfischer.com

> **RE:   SDFL Case No. 1:25-cv-24378-RAR ("Litigation");**
> **Confirmation of Termination of Purported License Rights in**
> **AML Software/Code**

Dear Counsel:

As you know, our firm represents AML Software, Inc. ("AML") in the above-referenced Litigation. We are writing you concerning your clients – Defendants, Athena Bitcoin, Inc. d/b/a Athena Bitcoin Global, PSBC, LLC, Jordan Mirch, Bitom Labs Inc., and Ryan Pineo (collectively "Defendants").

One or more of the Defendants claim to previously have held (or still currently hold) license rights in AML's proprietary computer source code used with Bitcoin ATMs (the "AML Software"). In early September 2025, AML ceased receiving license payments from any and all of

Page 2
December 26, 2025

the Defendants for their purported license rights in the AML Software. Even according to Defendants' own contentions in the Litigation regarding the alleged cost of the purported license rights, Defendants have failed to pay the full amount owed to AML. Moreover, Defendants have exceeded the scope of any permitted license rights as more fully set forth in the Litigation.

Thus, on September 23, 2025, AML terminated any and all license rights in and/or to the AML Software held by any of the Defendants, including the right to use derivative or modified versions of the AML Software (which, in any event, were never within the scope of the original license), through the filing of the Litigation. The purpose of this letter is to confirm that any and all license rights held by any of the Defendants in and/or to the AML Software, including any derivative or modified versions of the AML Software, were terminated effective September 23, 2025. To the extent that termination was not legally effective as to any of the Defendants on September 23, 2025, in whole or in part, any and all license rights in and/or to the AML Software (including any derivative or modified versions) still held by any of the Defendants are hereby terminated effectively immediately.

Defendants shall immediately cease and desist all use, sale and/or exploitation of the AML Software, including any derivative and/or modified versions of the AML Software or any other software that was created using the AML Software.

Respectfully,

Joshua D. Martin
Counsel for AML Software, Inc.