**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Civil Action No.: 1:25-cv-24378-RAR**

AML SOFTWARE, INC.,

     Plaintiff,

vs.

ATHENA BITCOIN, INC., d/b/a ATHENA
BITCOIN GLOBAL, PSBC, LLC, JORDAN
MIRCH, BITOM LABS INC., and RYAN PINEO,

     Defendants.

                                               /

## DEFENDANTS' NOTICE OF FILING EXHIBIT A TO RESPONSE IN OPPOSITION TO PLAINTIFF'S RENEWED MOTION FOR PRELIMINARY INJUNCTION

Defendants hereby give notice of the filing of corrected Exhibit A to the Response in Opposition to Plaintiffs' Renewed Motion for Preliminary Injunction [DE 68] filed on March 13, 2026. Defendants inadvertently omitted the Affidavit of Matias Goldenhorn, and instead only included the exhibit to that Affidavit.

*[signature on following page]*

1

Dated: March 16, 2026

Respectfully submitted,

**Athena Bitcoin, Inc. d/b/a Athena Bitcoin Global, PSBC, LLC, and Jordan Mirch**

/s/ Jordan A. Finfer
Jordan A. Finfer

Saul Ewing LLP
Counsel for Defendants
515 North Flagler Drive, Suite 1400
West Palm Beach, Florida 33401
Telephone:     305-428-4500
steven.appelbaum@saul.com
edelweiss.cianella@saul.com
Wpb-ctdocs@saul.com

Jordan A. Finfer (jfinfer@pfs-law.com)
Illinois ARDC No. 6296373
Elizabeth L. Archerd (earcherd@pfs-law.com)
Illinois ARDC No. 6329394
Patzik, Frank & Samotny Ltd.
200 S. Wacker Drive, Suite 2700
Chicago, IL 60606
312-551-8300
312-551-1101 (Fax)

**Bitom Labs Inc. and Ryan Pineo**

 **LOTT & FISCHER, PL**
/s/ Ury Fischer
Ury Fischer
E-mail: ufischer@lottfischer.com
Florida Bar No. 48534
Noah H. Rashkind
Florida Bar No. 21945
E-mail: nrashkind@lottfischer.com
Ariel Weltz
Florida Bar No. 1033815
E-mail: aweltz@lottfischer.com
255 Aragon Avenue, Third Floor
Coral Gables, FL 33134
Telephone: (305) 448-7089
Facsimile: (305) 446-6191

2