# Exhibit 1



# ABOUT US

## ATHENA BITCOIN GLOBAL (PINK: ABIT)

Our company is focused on developing, owning, and operating a global network of Athena-branded Bitcoin ATM machines. Our network presently includes Athena Bitcoin ATMs in 29 U.S. states and 5 countries in Central and South America. Athena Bitcoin operates an over-the-counter ("OTC") desk known as ACE (Athena Crypto Exchange) for private clients and trade customers. We provide ATMs and point-of-sale ("POS") white label solutions for customers in our regions of operation.

## 4,100
### ATM'S

Athena Bitcoin operates a global network of 3,200 Bitcoin ATMs, providing easy and secure access to cryptocurrency transactions. Our extensive ATM fleet allows users to buy and sell Bitcoin with cash in as little as 90 seconds, reinforcing

## 10
### YEARS EXPERIENCE

With almost a decade of experience in the cryptocurrency industry, Athena Bitcoin has been at the forefront of providing innovative financial solutions. Our expertise ensures reliable and secure services, empowering users to

## 5
### COUNTRIES

Athena Bitcoin operates across the United States, El Salvador, Colombia, Argentina, and Mexico. Our global presence delivers robust financial infrastructure and technology, expanding access to cryptocurrency and enabling financial

## 50
### EMPLOYEES

Athena Bitcoin's dedicated team of 50 employees drives our mission to build an open financial system. Our skilled professionals work tirelessly to deliver secure and user-friendly cryptocurrency services, fostering trust and innovation in the industry.

our commitment to financial
inclusion.

participate in the evolving
digital economy.

empowerment and inclusion
on a global scale.

## Our Trajectory



### October 2015

Installed our first ATM machine in Saint Louis, MO



# Commitment to
## Security

Athena's Commitment to Global Compliance and
customer security ensures safe and secure banking
for the unbanked and fair and equitable use of our
platforms by everyone.

READ MORE

Athena Bitcoin offers
convenient and secure
Bitcoin ATM services across

**QUICK LINKS**

Corporate Profile  ⌄

News & Events  ⌄

Stock

**GET IN TOUCH**

Email:
ir@athenabitcoin.com

Phone: (312) 690-4466



multiple locations. Our
mission is to provide easy
access to cryptocurrency,
enabling financial freedom
and empowerment for
everyone. Discover the
simplicity of buying and
selling Bitcoin with Athena
Bitcoin.

Governance ⌄

Financials ⌄

Resources ⌄

    

© 2026 Athena Bitcoin, Inc. All rights reserved. Privacy Policy - Powered by ACCESS Newswire