# Exhibit 2



# COMPANY OVERVIEW

## ATHENA BITCOIN GLOBAL (PINK: ABIT)

The Company is focused on developing, owning, and operating a global network of Athena-branded Bitcoin ATM machines. Our network presently includes Athena Bitcoin ATMs in 29 U.S. states and 5 countries in Central and South America. Athena Bitcoin operates an over-the-counter ("OTC") desk known as ACE (Athena Crypto Exchange) for private clients and trade customers. We provide ATMs and point-of-sale ("POS") white label solutions for customers in our regions of operation.

# Athena Bitcoin Global

1 SE 3rd Ave. Suite 2740
Miami, FL. 33131

www.athenabitcoin.com
312-690-4466
info@athenabitcoin.com

# Reporting Status

**Alternative Reporting Standard**

**Audited Financials**: Audited
**Latest Report**: 2022 Financial Statement
**CIK**: 0001095146
**Fiscal Year End**: 12/31

# Company Officers & Contacts

**Matias Goldenhörn** - CEO
**Carlos Carreño** - COO
**Sam Nazzaro** - CCO
**Omar Jimenez** - CFO

# Board of Directors

**Matias Goldenhörn** - CEO
**Carlos Carreño** - COO
**Omar Jimenez** - CFO
**Jason Lu** - BOD Member
**Renata Szkoda** - BOD Member

# Accounting/Auditing Firm

**FGMK, LLC**
333 W. Wacker Drive, 6th Floor
Chicago, IL 60606

847-886-5917
https://www.fgmk.com

# Securities Council

Law Office of Iwona J. Alami
620 Newport Center Dr
Suite 1100
Newport Beach, CA 92660

## SIC – Industry Classification

**6099 - Functions related to deposit banking Incorporation Information:** NV, USA, 1981
**Employees:** 36 as of 12/31/2021
**Shell:** No

## Company Facilities

The Company operates Bitcoin ATM in the US, El Salvador, Colombia, Argentina and Mexico. As of 02/10/24, the Company had 2288 operational machines.

Formerly=GamePlan, Inc. until 6-2021

Note=9-99 company is in the development stage, exploring new ideas for its planned principal operations.

Athena Bitcoin offers convenient and secure Bitcoin ATM services across multiple locations. Our mission is to provide easy access to cryptocurrency, enabling financial freedom and empowerment for everyone. Discover the simplicity of buying and selling Bitcoin with Athena Bitcoin.

## QUICK LINKS

Corporate Profile ⌄

News & Events ⌄

Stock

Governance ⌄

Financials ⌄

Resources ⌄

## GET IN TOUCH

Email:
ir@athenabitcoin.com

Phone: (312) 690-4466



  


© 2026 Athena Bitcoin, Inc. All rights reserved. Privacy Policy - Powered by ACCESS Newswire